UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARIUSZ MAZUREK, ET AL**

**V.** **CIVIL ACTION NO. 16-11943-DJC**

**SERES THERAPEUTICS, INC., ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated March 30, 2018, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

May 23, 2018

/s/ Lisa M. Hourihan
Deputy Clerk